CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 07 2012

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| FRANK ERVIN ALTIZER, JR., | CASE NO. 7:12CV00040 |
| Plaintiff, | |
| | FINAL ORDER |
| vs. | |
| GEORGE HINKLE, | By: James C. Turk |
| | Senior United States District Judge |
| Defendant. | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that plaintiff's motion to proceed *in forma pauperis* is **DENIED**; and this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915(g), and is stricken from the active docket of the court.

ENTER: This 7th day of February, 2012.

/s/ James C. Turk
Senior United States District Judge